UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOYCE HUTTON,

    Plaintiff,

  v.

CITY OF BERKELEY POLICE DEPARTMENT, et al.,

    Defendants.

Case No.  13-cv-03407-JCS

**ORDER SETTING BRIEFING SCHEDULE**

Pursuant to the Court's May 30, 2014 Case Management Scheduling Order, Defendant's motion for summary judgment is set for hearing on September 5, 2014.  In that Order, the Court further instructed that the parties should file a stipulated briefing schedule, with the reply brief to be filed no later than four weeks in advance of the Motion hearing.  On July 1, 2014, the Court contacted counsel by email requesting they submit a stipulated briefing schedule.  No stipulation has been filed.  Accordingly, the Court sets the following briefing schedule:

Defendant's motion for summary judgment and supporting materials (including a joint statement of undisputed facts) shall be filed no later than **July 15, 2014.**  Plaintiff's Opposition shall be filed by **July 29, 2014.**  Defendant's reply brief shall be filed by **August 5, 2014.**  The motion hearing shall remain on **September 5, 2014 at 2:00 pm.**

    **IT IS SO ORDERED.**

Dated: July 7, 2014

JOSEPH C. SPERO
United States Magistrate Judge