UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOYCE HUTTON,

    Plaintiff,

v.

CITY OF BERKELEY POLICE DEPARTMENT, et al.,

    Defendants.

Case No. 13-cv-03407-JCS

**ORDER FOR JOINT STATEMENT OF UNDISPUTED FACTS**

Defendant has filed a motion for summary judgment, which is set for hearing on September 5, 2014. The Court's Standing Order on Motions for Summary Judgment provides as follows:

> The parties shall file a joint statement of undisputed facts. If the parties are unable to reach complete agreement after meeting and conferring, they shall file a joint statement of the undisputed facts about which they do agree. Separate statements of undisputed facts shall not be filed and will not be considered by the Court.

Civil Standing Orders for Magistrate Judge Joseph C. Spero, Revised 2/12/2014, ¶ 17. No joint statement of undisputed facts has been filed in support of the pending summary judgment motion.

IT IS HEREBY ORDERED that the parties shall file a joint statement of undisputed facts in compliance with the Court's Standing Order by Wednesday, July 23, 2014. The parties are cautioned that any party who objects to a proposed fact without a reasonable basis for doing so may be subject to sanctions. Similarly, the Court may deem any proposed fact to which Plaintiff

does not respond to be undisputed.

**IT IS SO ORDERED**

Dated: July 16, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge