UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE HUTTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BERKELEY POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-03407-JCS<br><br>**ORDER MODIFYING TRIAL SCHEDULE** |

Due to Chief Magistrate Judge Spero's unavailability,

IT IS HEREBY ORDERED that the Court modifies the current trial schedule as follows:

Jury Selection and trial will begin on March 9, 2015 at 8:30 AM.

Trial will resume on March 10, 2015 at 8:30 AM.

Dark days will be March 11, 2015, March 12, 2015, and March 13, 2015.

Trial will resume on March 16, 2015 and March 17, 2015 at 8:30 AM.

**IT IS SO ORDERED.**

Dated: January 28, 2015

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge