UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOYCE HUTTON,

    Plaintiff,

v.

CITY OF BERKELEY POLICE DEPARTMENT, et al.,

    Defendants.

Case No. 13-cv-03407-JCS

**COURT'S PROPOSED SPECIAL VERDICT FORM**

Dated: March 9, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge

# JURY VERDICT

We, the jury, unanimously find as follows:

## I.     LIABILITY – UNREASONABLE DETENTION UNDER 42 U.S.C. § 1983

1. Do you find by a preponderance of the evidence that Defendant Officer Lucero violated Plaintiff's Fourth Amendment rights because she initiated the traffic stop without reasonable suspicion or detained Plaintiff after reasonable suspicion had dissipated?

__Yes          __No

If you answer yes, proceed to the next question. If you answer no, proceed directly to signing the verdict form.

2. Do you find by a preponderance of the evidence that the traffic stop was a substantial factor in causing Plaintiff Hutton harm?

__Yes          __No

If you answer yes, proceed to Section II (Damages). If you answer no, proceed directly to signing the verdict form.

## II.    DAMAGES

### A.    Compensatory Damages

3. What is the total amount of compensatory damages that should be awarded for the harm that Officer Lucero caused to Ms. Hutton?

$_____

Proceed to the next question.

**B.     Punitive Damages**

4. Do you find by a preponderance of the evidence that Officer Lucero's conduct was either malicious, oppressive, or committed in reckless disregard of Ms. Hutton's rights?

__Yes         __No

If yes, proceed to the next question. If no, proceed directly to signing the verdict form.

5. Do you award punitive damages?

__Yes         __No

If yes, proceed to the next question. If no, proceed directly to signing the verdict form.

6. What is the amount of punitive damages?

__Yes         __No

Please sign and date the verdict form.

**III.   SIGN AND DATE THE SPECIAL VERDICT FORM**

Signed: _____

Foreperson of the Jury: _____

Dated: _____

After this Verdict Form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict. Please return the Verdict Form to the Courtroom Deputy.